UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IMER GASHI,

              Petitioner,                                Case No. 2:15-CV-51

v.                                            HON. GORDON J. QUIST

CATHERINE BAUMAN,

              Respondent.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On June 20, 2017, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's petition for writ of habeas corpus.  The Court has reviewed the R & R recommending that the petition be denied.  The R & R was duly served on Petitioner on June 20, 2017.  No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the amended R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the June 20, 2017 Report and Recommendation (ECF No. 24) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

This case is **concluded**.

A separate judgment will enter.

Dated:  July 27, 2017                              /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE